IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

PATTISON SAND COMPANY, LLC

    Plaintiff,

v.                                                      Civil Action No. C11-cv-1051-LRR

FEDERAL MINE SAFETY AND HEALTH
REVIEW COMMISSION,
AND,
MINE SAFETY AND HEALTH
ADMINISTRATION,

    Defendants.

## NOTICE OF APPEAL

Notice is hereby given that Pattison Sand Company, LLC hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Orders of this Court entered in the above captioned proceeding on the 30th of December, 2011 (Docket No. 14 attached as Exhibit A) and the 23rd of January, 2012 (Docket No. 18 attached as Exhibit B).

Dated this 24th day of January, 2012           Respectfully submitted,

                                                                  /s/ James L. Pray
                                                                   James L. Pray, AT0006318
                                                                   BROWN, WINICK, GRAVES, GROSS,
                                                                  BASKERVILLE AND SCHOENEBAUM,
                                                                  P.L.C.
                                                                  666 Grand Avenue, Suite 2000
                                                                  Des Moines, IA 50309-2510
                                                                  Telephone: (515) 242-2400
                                                                  Facsimile: (515) 242-0231
                                                                  E-mail: pray@brownwinick.com

                                                                  Henry Chajet
                                                                   David Farber
                                                                   R. Brian Hendrix
                                                                   Edward Wisneski
                                                                   Avi Meyerstein
                                                                   PATTON BOGGS LLP

2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315

*Attorneys for Contestant*,
Pattison Sand Company, LLC