# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

January 26, 2012

Mr. James L. Pray
BROWN & WINICK
Suite 2000
666 Grand Avenue
Suite 2000, Ruin Center
Des Moines, IA  50309-2510

      RE:  12-1196  Pattison Sand Company, LLC v. MSHR, et al

Dear Counsel:

      The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

      Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs are available on our website, the address of which is shown above.

      Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

      The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

    Michael E. Gans
    Clerk of Court

BNS

Enclosure(s)

cc:    Mr. Henry Chajet
      Mr. Matthew Jeremy Cole
      Mr. David J. Farber
      Mr. Rob Phelps
      Mr. Jacek Pruski
      Mr. Edward S. Wisneski

    District Court/Agency Case Number(s):   2:11-cv-01051-LRR

Caption For Case Number: 12-1196

**Pattison Sand Company, LLC**

    Plaintiff - Appellant

v.

**Federal Mine Safety and Health Review Commission; Mine Safety and Health Adminstration**

    Defendants - Appellees

**Addresses For Case Participants:   12-1196**

Mr. James L. Pray
BROWN & WINICK
Suite 2000
666 Grand Avenue
Suite 2000, Ruin Center
Des Moines, IA  50309-2510

Mr. Henry Chajet
PATTON & BOGGS
2550 M Street, N.W.
Washington, DC  20037-1350

Mr. Matthew Jeremy Cole
U.S. ATTORNEY'S OFFICE
Northern District of Iowa
401 First Street, S.E.
400 Hach Building
Cedar Rapids, IA  52401-1825

Mr. David J. Farber
PATTON & BOGGS
2550 M Street, N.W.
Washington, DC  20037-1350

Mr. Rob Phelps
U.S. DISTRICT COURT
Northern District of Iowa
4200 C Street, S.W.
Building A
Cedar Rapids, IA  52404

Mr. Jacek Pruski
U.S. DEPARTMENT OF JUSTICE
Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC  20001-0000

Mr. Edward S. Wisneski
PATTON & BOGGS
2550 M Street, N.W.
Washington, DC  20037-1350