# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 31, 2012

West Publishing
Opinions Clerk
610 Opperman Drive
Building D D4-40
Eagan, MN 55123-0000

      RE: 12-1194 Pattison Sand Company, LLC v. MSHR, et al
            12-1196 Pattison Sand Company, LLC v. MSHR, et al

Dear Sirs:

    A published opinion was filed today in the above case.

    Counsel who presented argument on behalf of the appellant was Henry Chajet, of Washington, DC. The following attorneys appeared on the appellant brief; James L. Pray, of Des Moines, IA., David J. Farber, of Washington, DC., Edward Stephen Wisneski, of Washington, DC., Avidan Meyerstein, of Washington, DC.

    Counsel who presented argument on behalf of the appellees, MSHR, Secretary of Labor and Mine Safety and Health Administration in case 12-1194, was Jerald S. Feingold, U.S. Dept. of Labor, Arlington, VA. Also appearing on the brief was W. Christian Schumann and Heidi W. Strassler, and M. Patricia Smith, U.S. Dept. of Labor, Arlington, VA.

Counsel who presented argument on behalf of the appellees, MSHR and Mine Safety and Health Administration in Case 12-1196 was Ms. Sushma Soni, U.S. DOJ, Washington DC. Also appearing on the brief was Michael Jay Singer, U.S. DOJ, Washington DC.

    The judge who heard the case in the district court was Honorable Linda R. Reade. The judgment of the district court was entered on January 23, 2012.

    If you have any questions concerning this case, please call this office.

                              Michael E. Gans
                              Clerk of Court

SRD
Enclosure(s)
cc: Lois Law
    MO Lawyers Weekly

        District Court/Agency Case Number(s): CENT 2012-137-RM
                                                    CENT 2012-138-RM
                                                    2:11-cv-01051-LRR