_____

No: 12-1194
_____

Pattison Sand Company, LLC

Petitioner

v.

Federal Mine Safety and Health Review Commission; Secretary of Labor; Mine Safety and Health Adminstration

Respondents
_____

No: 12-1196
_____

Pattison Sand Company, LLC

Plaintiff - Appellant

v.

Federal Mine Safety and Health Review Commission; Mine Safety and Health Adminstration

Defendants - Appellees

_____

Appeal from U.S. District Court for the Northern District of Iowa - Dubuque
(CENT 2012-137-RM)
(CENT 2012-138-RM)
(2:11-cv-01051-LRR)
_____

**JUDGMENT**

These appeals are before the court on a Petition for Review of an order of the Federal Mine Safety and Health Review Commission and from a decision of the United States District Court and were submitted on the record, briefs of the parties, and were argued by counsel.

After consideration, it is hereby ordered that the petition for review is granted in part in case #12-1194 and Pattison's requests for modification of the § 103(k) order to the Commission for its consideration is remanded. The petition for review is denied in part and the ALJ's decision that the Secretary's § 103(k) order did not exceed her statutory authority is affirmed. The district court's denial of Pattison's request for injunctive relief in case #12-1196 is affirmed in accordance with the opinion.

July 31, 2012

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans