# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 12-1194

Pattison Sand Company, LLC

Petitioner

v.

Federal Mine Safety and Health Review Commission, et al.

Respondents

No: 12-1196

Pattison Sand Company, LLC

Appellant

v.

Federal Mine Safety and Health Review Commission and Mine Safety and Health Adminstration

Appellees

------

Appeal from U.S. District Court for the Northern District of Iowa - Dubuque
(CENT 2012-137-RM)
(CENT 2012-138-RM)
(2:11-cv-01051-LRR)

------

## MANDATE

In accordance with the opinion and judgment of 07/31/2012, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 21, 2012

Clerk, U.S. Court of Appeals, Eighth Circuit